(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wendel, Adam P** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wendel, Patricia E** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Haddix, Patricia** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-2505** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **xxx-xx-1709** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**505 Lindberg<br>Upstairs Apartment<br>La Salle, IL 61301** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**505 Lindberg<br>Upstairs Apartment<br>La Salle, IL 61301** |
| County of Residence or of the<br>Principal Place of Business:   **La Salle** | County of Residence or of the<br>Principal Place of Business:   **La Salle** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Wendel, Adam P<br>Wendel, Patricia E | **FORM B1, Page 2** |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**00-B-21399** | Date Filed:<br>**10/25/00** |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___Adam P Wendel___
Signature of Debtor **Adam P Wendel**

X ___Patricia E Wendel___
Signature of Joint Debtor **Patricia E Wendel**

Telephone Number (If not represented by attorney)

___06-45___
Date

**Signature of Attorney**

X ___Reginald S. Stanmar___
Signature of Attorney for Debtor(s)

**Reginald S. Stanmar**
Printed Name of Attorney for Debtor(s)

**Stanmar Law Firm**
Firm Name

**Suite 204 Medical Arts Building
206 Marquette Street
LaSalle, IL 61301-2427**
Address

**815/224-4888**
Telephone Number

___06___
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ___Reginald Stanmar___  06/05
Signature of Attorney for Debtor(s)     Date
**Reginald S. Stanmar**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 7
(12/03)

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Adam P Wendel**
**Patricia E Wendel** _____ ___ ___ ___ ___ ___      Case No. _____
                                                    Chapter   **73**
                              Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____ _____  _____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$40,000.00** | **In 2002,** |
| **$45,000.00** | **In 2003** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

**None**
☑
a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☑
b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Collection Professionals vs. Adam Wendel & Patricia Wendel 04-SC-353** | **Small Claims** | **Thirteenth Judicial Circuit, LaSalle County, IL** | **judgment** |
| **Collection Professionals v. Adam Wendel  05-SC-851** | **collections** | **Thirteenth Judicial Circuit, LaSalle County, IL** | **pending** |

**None**
☐
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Collection Professionals, Inc. 723 First Street LaSalle, IL 61301-2535** | **2/27/05** | **garnishment of wages   $3000** |

### 5. Repossessions, foreclosures and returns

**None**
☑
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None**
☑
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

3

**None** ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ■  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None** ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Reginald S. Stanmar Attorney at Law 206 Marquette Street # 204 LaSalle, IL 61301** | | **$1200** |

### 10. Other transfers

**None** ■  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

## 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1234 Crosat Street | same | 10/2001-6/2005 |
| LaSalle, IL 61301 | | |

## 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year** period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a.. above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                       DATES SERVICES RENDERED

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                      DATE ISSUED

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                        DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY                INVENTORY SUPERVISOR                (Specify cost, market or other basis)

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a.. above.

                                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                         RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                          PERCENTAGE OF INTEREST

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                        NATURE AND PERCENTAGE
NAME AND ADDRESS                          TITLE                          OF STOCK OWNERSHIP

7

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|

Form 7
(12/03)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ 6/05 _____          Signature _____

**Adam P Wendel**

Debtor

Date _____ 6/05 _____          Signature _____

**Patricia E Wendel**

Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   **Adam P Wendel,**
**Patricia E Wendel**

Case No. _____

Debtors   Chapter _____ *13* _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,455.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,500.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 1,260.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 56,197.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,905.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,691.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 3,455.00 | | |
| Total Liabilities | | | | 58,957.98 | |

In re    **Adam P Wendel,**
         **Patricia E Wendel**                                      Case No. _____

                                                    _____.
                                                              Debtors
                          **SCHEDULE A. REAL PROPERTY**

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **Adam P Wendel,**                                                    Case No. _____
        **Patricia E Wendel**
_____,
                                    Debtors

## SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Currency** | J | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking/Savings LaSalle National Bank LaSalle, IL** | J | 35.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **General Furnishings** | J | 800.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc. and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **General Clothing** | J | 500.00 |
| 7. | Furs and jewelry. | | **General Jewelry** | J | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance through work** | J | 100.00 |
| | | | **Life Insurance through work** | J | 0.00 |

|  | Sub-Total >  (Total of this page) | 1,955.00 |
|---|---|---|

**2**   continuation sheets attached to the Schedule of Personal Property

In re  **Adam P Wendel,**                                                    Case No. _____
       **Patricia E Wendel**
                                                    _____
                                                          Debtors

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re   **Adam P Wendel,**
**Patricia E Wendel**

Case No. _____

Debtors

## SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 Cadillac Deville | J | 1,000.00 |
| | | 1989 Chevy Beretta | J | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total > **1,500.00**
(Total of this page)
Total > **3,455.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Adam P Wendel,**                                        Case No. _____
**Patricia E Wendel**

Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** <br> **Currency** | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking/Savings <br> **LaSalle National Bank** <br> LaSalle, IL | 735 ILCS 5/12-1001(b) | 35.00 | 35.00 |
| **Household Goods and Furnishings** <br> **General Furnishings** | 735 ILCS 5/12-1001(b) | 800.00 | 800.00 |
| **Wearing Apparel** <br> **General Clothing** | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> **General Jewelry** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Interests in Insurance Policies** <br> **Life Insurance through work** | 215 ILCS 5/238 | 100.00 | 100.00 |
| **Life Insurance through work** | 215 ILCS 5/238 | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **1988 Cadillac Deville** | 735 ILCS 5/12-1001(c) <br> 735 ILCS 5/12-1001(c) | 0.00 <br> 1,000.00 | 1,000.00 |
| **1989 Chevy Beretta** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |

**0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Form D
(12/03)

In re   **Adam P Wendel,**                                    Case No. _____
        **Patricia E Wendel**
_____
                    Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **Wendell**<br><br>**Security Finance of Ottawa**<br>**1124 Columbus Street**<br>**Ottawa, IL 61350** | | | | J | 2004<br><br>**Household Goods**<br><br>**General Furnishings**<br><br>Value $        800.00 | | X | | 1,000.00 | 200.00 |
| Account No. **Wendell**<br><br>**World Finance Corp**<br>**108 West Madison**<br>**Ottawa, IL 61350** | | | | J | 2004<br><br>**Household Goods**<br><br>**General Furnishings**<br><br>Value $        800.00 | | X | | 500.00 | 500.00 |
| Account No.<br><br><br><br><br><br>Value $ | | | | | | | | | | |
| Account No.<br><br><br><br><br><br>Value $ | | | | | | | | | | |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | 1,500.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,500.00 |

... ...
(12/03)

In re   **Adam P Wendel,**                                      Case No. _____
      **Patricia E Wendel**
_____
Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state whether the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

■ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Form B6E - Cont.
(12/03)

In re    **Adam P Wendel,**           Case No. _____
         **Patricia E Wendel**
_____,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Alimony, Maintenance, or Support**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Wendel** | | | | **unk** | | | | | |
| **Child Support Enf/IL** **509 S. 6th Street** **Springfield, IL 62701** | H | | | **child support** | | X | | 1,206.00 | 1,206.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet 1 of 2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)        **1,206.00**

In re    **Adam P Wendel,**
**Patricia E Wendel**

Case No. _____

Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | C | | | | | | |
| Account No. **Wendell, Adam** | | | | | 2004 | | | | | |
| **Illinois Department of Revenue** **James R. Thompson Center** **100 W. Randolph Street** **Chicago, IL 60601-3274** | | H | | | Taxes | | | X | | |
| | | | | | | | | | 54.50 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 54.50 | |
| Total (Report on Summary of Schedules) | 1,260.50 | |

Form 6F
(12/03)

In re   **Adam P Wendel,**
        **Patricia E Wendel**                          Case No. _____

_____
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-1709** Advance America 2860 N. Columbus Street Ottawa, IL 61350 | | W | | unk cash advance | | X | | 1,008.00 |
| Account No. **Wendel** American Collections 919 Estes Court Schaumburg, IL 60193 | | H | | unk collections | | X | | 400.00 |
| Account No. **xx5363** Americredit Financial Services Attn: AmeriCredit Department PO Box 183853 Arlington, TX 76096 | | J | | 2000 Vehicle Loan | | X | | 9,855.00 |
| Account No. **x4-SC-353** Aplington, Kaufman, Mcclintock Steele & Barry LTD 160 Marquette St. LaSalle, IL 61301 | | J | | unk attorney(s) at law | | X | | Unknown |
| | | | | | Subtotal (Total of this page) | | | | 11,263.00 |

**8** continuation sheets attached

Form 6F
(6/90)

In re   **Adam P Wendel,**
        **Patricia E Wendel**

Case No. _____

_____
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx9182<br><br>**Capital One**<br>PO Box 25131<br>Richmond, VA 23276-0001 | | W | various<br>**Credit card purchases** | | X | | 750.00 |
| Account No. 601470546<br><br>**CBCS**<br>PO Box 69<br>Columbus, OH 43216 | | J | unk<br>**collections for NICOR Gas** | | X | | 50.00 |
| Account No. xx4*768<br><br>**Check-N-Go**<br>511 E. Norris Drive<br>Ottawa, IL 61350 | | W | unk<br>**cash advance** | | X | | 740.00 |
| Account No. Wendel<br><br>**Collection Professionals, Inc.**<br>723 First Street<br>LaSalle, IL 61301-2535 | | J | unk<br>**Collection agency** | | X | | 4,000.00 |
| Account No. xxxxx7068<br><br>**Country Door**<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | | W | various<br>**credit card purchases** | | X | | 182.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,722.00

Form... ...
(12/03)

In re   **Adam P Wendel,**   Case No. _____  _____
      **Patricia E Wendel**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxx5162**<br><br>**Credit Management**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | W | unk<br>collections for Mediacom | | X | | 29.00 |
| Account No. **Wendel**<br><br>**Credit Recovery**<br>**PO Box 916**<br>**Ottawa, IL 61350** | | H | unk<br>Collection agency | | X | | 2,412.00 |
| Account No. **various accounts**<br><br>**Creditors Discount and Audit Co.**<br>**PO Box 213**<br>**415 E. Main St.**<br>**Streator, IL 61364** | | H | unk<br>Collection agency for Morris Family Discount Drug, et al. | | X | | 8,300.00 |
| Account No. **xxxxxxxx2713**<br><br>**Cross Country Bank**<br>**4700 Exchange Court**<br>**Boca Raton, FL 33431-4464** | | W | various<br>credit card purchases | | X | | 1,312.00 |
| Account No. **xxxxxx-AxC-xxxxx4602**<br><br>**Dun & Bradstreet R.M.S.**<br>**77 Hartland St.**<br>**Suite 401**<br>**PO Box 280431**<br>**East Hartford, CT 06128-0431** | | W | unk<br>Collection agency for Hanover Insurance | | X | | 200.00 |

Sheet no.  **2** of **8**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **12,253.00**

(1505)

In re   **Adam P Wendel,**
**Patricia E Wendel**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx1475<br><br>Epic Group<br>Slot 303125<br>PO Box 66973<br>Chicago, IL 60666-0973 | H | | 2003<br>Medical Services | | X | | 605.00 |
| Account No. xxxx-xxxx-xxxx-7154<br><br>Financial Recovery Services, Inc<br>PO BOX 385908<br>Minneapolis, MN 55438-5908 | W | | unk<br>collections | | X | | 1,500.00 |
| Account No. xxxxxxxx4019<br><br>Fingerhut Credit Advantage<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | W | | various<br>credit card purchases | | X | | 115.00 |
| Account No. xxx897-4<br><br>First Financial Asset Management, Inc.<br>Fidelity Risk Solutions<br>PO Box 56245<br>Atlanta, GA 30343 | W | | unk<br>collects for Triad Financial Corporation | | X | | 1,500.00 |
| Account No. 25186<br><br>Gary Finkelstein Md Eye Associates<br>102 West Elm Street<br>Streator, IL 61364 | J | | 2004<br>Medical Services | | X | | 135.00 |

Sheet no. __ **3** _ of **8**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,855.00**

In re   **Adam P Wendel,**                                      Case No. _____
         **Patricia E Wendel**

                                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wendel** <br><br> **Global Payments, Inc.** <br> **PO Box 59371** <br> **Chicago, IL 60659** | | H | unk <br> **miscellaneous charges** | | | X | 275.00 |
| Account No. **50926741-5** <br><br> **Hardgrove Insurance Agency** <br> **205 Armory Court** <br> **Streator, IL 61364** | | J | unk <br> **Insurance** | | | X | 53.48 |
| Account No. **Wxxx9900** <br><br> **Hospital Radiology Service, S.C.** <br> **#8 US Rte., 6 West, Suite #2** <br> **Peru, IL 61354** | | H | 2004 <br> **Medical Services** | | | X | 350.00 |
| Account No. **26332-1-1** <br><br> **IL Valley Orthodpedics** <br> **920 West Street** <br> **Peru, IL 61354** | | H | 2004 <br> **Medical Services** | | | X | 855.00 |
| Account No. **various accounts** <br><br> **Illinois Valley Community Hospital** <br> **925 West Street** <br> **Peru, IL 61354** | | H | **various dates** <br> **Medical Services** <br> 170103 <br> 170104 <br> 214918 | | | X | 1,350.00 |

Sheet no. __4__ of __8__   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,883.48

Form F6F Cont
(12/03)

In re    **Adam P Wendel,**                                    Case No. _____
         **Patricia E Wendel**

                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xx0095<br><br>J & J Collections<br>168 North Ottawa Street<br>Suite 316<br>Joliet, IL 60432 | | J | unk<br>collections for Joliet Oral Surgeons | | | | X | 240.00 |
| Account No. xxxxxx4783<br><br>Jefferson Capital Systems, LLC<br>16 McLeland Road<br>Saint Cloud, MN 56303 | | W | unk<br>collections | | | X | | 120.00 |
| Account No. xxxx-xxxx-xxxx-7730<br><br>Law Offices of Gerald E. Moore & Assoc.<br>PO Box 724087<br>Atlanta, GA 31139 | | W | unk<br>collections | | | X | | 1,700.00 |
| Account No. xxxx-xxxx-xxxx-7730<br><br>National Asset Recovery Services, Inc.<br>PO Box 781<br>Chesterfield, MO 63006-0701 | | W | unk<br>collections | | | X | | 1,600.00 |
| Account No. HOUSE-xxxxxx5245<br><br>National Credit Adjusters<br>327 W. 4th Avenue<br>Hutchinson, KS 67501-4942 | | W | unk<br>collections | | | X | | 1,155.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          4,815.00

In re   **Adam P Wendel,**              Case No. _____
         **Patricia E Wendel**
─────────────────────────────────────────
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx4559 | | | unk | | | | |
| NCO Financial Systems INC PO Box 41417 Dept. 99 Philadelphia, PA 19101 | | H | Collection agency | | X | | 100.00 |
| Account No. 06888 | | | unk | | | | |
| Neelam & Ram Goel MD 920 West Street Peru, IL 61354 | | J | Medical Services | | X | | 30.00 |
| Account No. xxxxxxxx1040 | | | unk | | | | |
| North Shore Agency, Inc. 751 Summa Avenue Westbury, NY 11590 | | W | collections for Stephen King Library | | X | | 100.00 |
| Account No. xxxx-xxxx-xxxx-2268 | | | various | | | | |
| Orchard Bankcard Services PO Box 17051 Baltimore, MD 21297-1051 | | W | credit card purchases | | X | | 1,000.00 |
| Account No. xx0035 | | | 2000 | | | | |
| OSI/ Helig Meyers Master Trust 2425 Commerce Avenue Suite 100 Duluth, GA 30096-4980 | | W | credit purchases | | X | | 1,689.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of          Subtotal          2,919.00
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Number Sum
(1300)

In re   **Adam P Wendel,**
        **Patricia E Wendel**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0287**<br><br>**Peru Anesthesia**<br>925 West Street<br>Peru, IL 61354 | | H | 2004<br>**Medical Services** | | X | | 300.00 |
| Account No. **xxxxxxxxxxxx5962**<br><br>**Portfolio Recovery Associates, LLC**<br>PO Box 12914<br>Norfolk, VA 23541 | | W | unk<br>**collections for First Consumers National Bank** | | X | | 1,200.00 |
| Account No. **xxx2133**<br><br>**Risk Management Alternatives**<br>2675 Breckinridge Blvd<br>Duluth, GA 30096-4971 | | W | 2003<br>**collections for SBC Midwest** | | X | | 227.00 |
| Account No. **xx4451**<br><br>**Robert W. Schmidt, DDS, FAGD**<br>PO Box 129<br>Ottawa, IL 61350 | | H | unk<br>**Medical Services** | | X | | 600.00 |
| Account No. **xxxxxxxxx0901**<br><br>**Sallie Mae**<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | | W | 1991-1993<br>**Student Loans** | | X | | 7,000.00 |

Sheet no. __7__ of _8_ _ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,327.00

(1303)

In re   **Adam P Wendel,**                                    Case No. _____
        **Patricia E Wendel**

                                            Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1\*** <br><br> **Security Financial Services** <br> **204 E. Main Street** <br> **Consumer Verifications** <br> **Spartanburg, SC 29306-5127** | W | | 4/2004 <br> **Personal Loan** | | X | | 1,140.00 |
| Account No. **xxx-xxx3514** <br><br> **The Cash Store- #321** <br> **2717-B N. Columbus Street** <br> **Ottawa, IL 61350** | W | | 6/28/04 <br> **cash advance** | | X | | 470.00 |
| Account No. **Patricia Haddix** <br><br> **Triad Financial Corporation** <br> **PO Box 22083** <br> **Tempe, AZ 85285** | W | | unk <br> **collections for Progressive Financial Services** | | X | | 1,025.00 |
| Account No. **xxxxxx1387** <br><br> **V.S. Teves MD** <br> **IL. Valley Pathologist** <br> **P.O. Box 89** <br> **Spring Valley, IL 61362** | W | | unk <br> **Medical Services** | | X | | 230.00 |
| Account No. **xxxx0081** <br><br> **World Finance Corp** <br> **108 West Madison** <br> **Ottawa, IL 61350** | W | | 1/2004 <br> **Personal Loan** | | X | | 295.00 |

Sheet no. __**8**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,160.00 |
| Total (Report on Summary of Schedules) | 56,197.48 |

In re   **Adam P Wendel,**
      **Patricia E Wendel**

Case No. _____

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
       schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Adam P Wendel,**                                    Case No. _____ . . _____
      **Patricia E Wendel**

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|

In re   **Adam P Wendel,**                                                    Case No. _____
        **Patricia E Wendel**
                                                    Debtors

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son** | AGE<br>**14** |

| **EMPLOYMENT:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | **laborer** | **clerk** |
| Name of Employer | **Eakas** | **Amoco** |
| How long employed | **1 1/2 years** | **2 months** |
| Address of Employer | **Peru, IL 61354** | **Utica, IL** |

| INCOME: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **2,475.00** | $ **1,213.00** |
| Estimated monthly overtime | $ | **0.00** | $ **0.00** |
| SUBTOTAL | $ | **2,475.00** | $ **1,213.00** |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | **483.00** | $ **195.00** |
| b. Insurance | $ | **105.00** | $ **0.00** |
| c. Union dues | $ | **0.00** | $ **0.00** |
| d. Other (Specify) | $ | **0.00** | $ **0.00** |
|  | $ | **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **588.00** | $ **195.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,887.00** | $ **1,018.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ **0.00** |
| Income from real property | $ | **0.00** | $ **0.00** |
| Interest and dividends | $ | **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ **0.00** |
| Social security or other government assistance<br>(Specify) | $ | **0.00** | $ **0.00** |
|  | $ | **0.00** | $ **0.00** |
| Pension or retirement income | $ | **0.00** | $ **0.00** |
| Other monthly income<br>(Specify) | $ | **0.00** | $ **0.00** |
|  | $ | **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ | **1,887.00** | $ **1,018.00** |

TOTAL COMBINED MONTHLY INCOME    $    **2,905.00**                    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Adam P Wendel,**
    **Patricia E Wendel**
                               Debtors

Case No. _____

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
| Are real estate taxes included?   Yes_____ No__X__ | | |
| Is property insurance included?   Yes_____ No__X__ | | |
| Utilities: Electricity and heating fuel | $ | 234.00 |
|        Water and sewer | $ | 0.00 |
|        Telephone | $ | 165.00 |
|        Other____**Cable**____ | $ | 100.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 600.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 40.00 |
| Transportation (not including car payments) | $ | 237.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 70.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 45.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 165.00 |
|     Other_____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)_____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|     Auto | $ | 0.00 |
|     Other____**Illinois Student Assist. Commission**____ | $ | 65.00 |
|     Other_____ | $ | 0.00 |
|     Other_____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 270.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other____**School Lunches**____ | $ | 100.00 |
| Other_____ | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 2,691.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 2905 |
| B. Total projected monthly expenses | $ | 2691 |
| C. Excess income (A minus B) | $ | 214 |
| D. Total amount to be paid into plan each _monthly_ | $ | 214 |
|                           (interval) | | |

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Adam P Wendel**
**Patricia E Wendel**
_____    Case No. _____
Debtor(s)    Chapter    _13_

## CHAPTER 🔲 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

**Description of Property**    **Creditor's name**
**-NONE-**

*b. Property to Be Retained*    *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | General Furnishings | Security Finance of Ottawa | X (avoid lien) | | |
| 2. | General Furnishings | World Finance Corp | X (avoid lien) | | |

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Adam P Wendel**
**Patricia E Wendel**
_____    Case No. _____
Debtor(s)    Chapter _____ _/3_ _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

Date _____ 6/05 _____    Signature _____
**Adam P Wendel**
Debtor

Date _____ 6/05 _____    Signature _____
**Patricia E Wendel**
Joint Debtor

**United States Bankruptcy Court**
Northern District of Illinois

In re   Adam P Wendel
Patricia E Wendel                                        Case No. _____
_____                         Chapter  _____13_____
                              Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__23__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date ___6/05_____        Signature _____
                                      Adam P Wendel
                                      Debtor

Date ___6/05_____        Signature _____
                                      Patricia E Wendel
                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Adam P Wendel**
**Patricia E Wendel**

Case No. _____

Debtor(s)          Chapter   _13_

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | | |
|---|---|---|---|
| For legal services, I have agreed to accept | | $ | 1,200.00 |
| Prior to the filing of this statement I have received | | $ | 1,200.00 |
| Balance Due | | $ | 0.00 |

2.  $ _194.00_ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    d.  [Other provisions as needed]
        **Preparation and filing of reaffirmation agreements and applications as needed.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: ____ _6/05_ ____

_____
**Reginald S. Stanmar**
**Stanmar Law Firm**
**Suite 204 Medical Arts Building**
**206 Marquette Street**
**LaSalle, IL 61301-2427**
**815/224-4888**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Adam P Wendel**
**Patricia E Wendel** _____ _____ _____    Case No. _____

                                          Debtor(s)                 Chapter     13

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                        **65**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____6_____        _____

                                                  **Adam P Wendel**
                                                  Signature of Debtor

Date: _____6_____        _____

                                                  **Patricia E Wendel**
                                                  Signature of Debtor

Advance America
2860 N. Columbus Street
Ottawa, IL 61350


American Collections
919 Estes Court
Schaumburg, IL 60193


Americredit Financial Services
Attn: AmeriCredit Department
PO Box 183853
Arlington, TX 76096


Aplington, Kaufman, Mcclintock
Steele & Barry LTD
160 Marquette St.
LaSalle, IL 61301


Arturo Thomas, M.D. LTD.
PO Box 386
Ottawa, IL 61350


AXSYS/Fingerhut
53 McCleland Road
Saint Cloud, MN 56395


Boudreau & Associates, LLC
5 Industrial Way
Salem, NH 03079


Capital One
PO Box 25131
Richmond, VA 23276-0001


CBCS
PO Box 69
Columbus, OH 43216


Check-N-Go
511 E. Norris Drive
Ottawa, IL 61350


Child Support Enf/IL
509 S. 6th Street
Springfield, IL 62701

Collection Professionals, Inc.
723 First Street
LaSalle, IL 61301-2535

Columbia House/attn Collection Dept.
1400 N. Fruitridge Avenue
PO Box 1157
Terre Haute, IN 47811-1157

Community Hospital of Ottawa
1100 East Norris Drive
Ottawa, IL 61350

Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Credit Management
4200 International Pkwy
Carrollton, TX 75007

Credit Recovery
PO Box 916
Ottawa, IL 61350

Creditors Discount and Audit Co.
PO Box 213
415 E. Main St.
Streator, IL 61364

Cross Country Bank
4700 Exchange Court
Boca Raton, FL 33431-4464

Cross Country Bank
PO Box 310711
Boca Raton, FL 33431-0711

Dr. Gary Finkelstein MD
1915 4th Street
Peru, IL 61354

Dun & Bradstreet R.M.S.
77 Hartland St.
Suite 401
PO Box 280431
East Hartford, CT 06128-0431

Emerge Payment Processing
Box 23034
Columbus, GA 31902-3034

Epic Group
Slot 303125
PO Box 66973
Chicago, IL 60666-0973

Financial Recovery Services, Inc
PO BOX 385908
Minneapolis, MN 55438-5908

Fingerhut Credit Advantage
PO Box 7999
Saint Cloud, MN 56302-7999

First Financial Asset Management, Inc.
Fidelity Risk Solutions
PO Box 56245
Atlanta, GA 30343

Gary Finkelstein Md Eye Associates
102 West Elm Street
Streator, IL 61364

Global Payments, Inc.
PO Box 59371
Chicago, IL 60659

Hardgrove Insurance Agency
205 Armory Court
Streator, IL 61364

Hospital Radiology Service, S.C.
#8 US Rte., 6 West, Suite #2
Peru, IL 61354

IL Valley Orthodpedics
920 West Street
Peru, IL 61354


Illinois Department of Revenue
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601-3274


Illinois Valley Community Hospital
925 West Street
Peru, IL 61354


Illinois Valley Radiology
P.O. Box 885
Streator, IL 61364


J & J Collections
168 North Ottawa Street
Suite 316
Joliet, IL 60432


Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303


Joliet Oral Surgeons
1256 W. Jefferson
Suite 200
Joliet, IL 60435


LaSalle National Bank
105 Marquette St
LaSalle, IL 61301


Law Offices of Gerald E. Moore & Assoc.
PO Box 724087
Atlanta, GA 31139


Morris Hospital
150 West High Street
Morris, IL 60450

National Asset Recovery Services, Inc.
PO Box 701
Chesterfield, MO 63006-0701

National Credit Adjusters
327 W. 4th Avenue
Hutchinson, KS 67501-4942

NCO Financial Systems INC
PO Box 41417
Dept. 99
Philadelphia, PA 19101

Neelam & Ram Goel MD
920 West Street
Peru, IL 61354

NICOR
PO Box 310
Aurora, IL 60507-0310

North Shore Agency, Inc.
751 Summa Avenue
Westbury, NY 11590

Orchard Bankcard Services
PO Box 17051
Baltimore, MD 21297-1051

OSI/ Helig Meyers Master Trust
2425 Commerce Avenue
Suite 100
Duluth, GA 30096-4980

Peru Anesthesia
925 West Street
Peru, IL 61354

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Progressive Financial Services
1919 W. Fairmont Drive
Building 8
Tempe, AZ 85282

Providian
PO Box 7016
San Francisco, CA 94120-7016

Radiologists of Grundy County
PO Box 379
Orland Park, IL 60462

Riscuity
PO Box 4320
Alpharetta, GA 30023

Risk Management Alternatives
2675 Breckinridge Blvd
Duluth, GA 30096-4971

Robert B. Steele
Aplington Law Office
P.O. Box 517
LaSalle, IL 61301

Robert W. Schmidt, DDS, FAGD
PO Box 129
Ottawa, IL 61350

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500

Security Finance of Ottawa
1124 Columbus Street
Ottawa, IL 61350

Security Financial Services
204 E. Main Street
Consumer Verifications
Spartanburg, SC 29306-5127

TCF National Bank
801 Marquette Avenue
Minneapolis, MN 55402


The Cash Store- #321
2717-B N. Columbus Street
Ottawa, IL 61350


Triad Financial Corporation
PO Box 22083
Tempe, AZ 85285


V.S. Teves MD
IL. Valley Pathologist
P.O. Box 89
Spring Valley, IL 61362


World Finance Corp
108 West Madison
Ottawa, IL 61350