```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 25363
    ADAM P WENDEL
    PATRICIA E WENDEL                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2505      SSN XXX-XX-1709
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/22/05 and confirmed on 11/29/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   9491.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SFC CENTRAL BANKRUPTCY | SECURED | 760.00 | .00 | 760.00 |
| WORLD ACCEPTANCE CORP | SECURED | 1000.00 | .00 | 1000.00 |
| STATE DISBURSEMENT UNIT | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6692.34 | .00 | 3075.30 |
| APLINGTON KAUFMAN MCCLIN | UNSECURED | 2779.74 | .00 | 1277.36 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED INCOME SCIENCES | UNSECURED | 739.67 | .00 | 339.90 |
| COLLECTION PROFESSIONALS | UNSECURED | 946.50 | .00 | 434.94 |
| COUNTRY DOOR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT & DISCOUNT | UNSECURED | NOT FILED | .00 | .00 |
| CCB | UNSECURED | NOT FILED | .00 | .00 |
| DUN & BRADSTREET | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FINANCIAL ASSET MG | UNSECURED | NOT FILED | .00 | .00 |
| GARY FINKELSTEIN MD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 170.44 | .00 | 78.32 |
| HARDGROVE INSURANCE AGEN | UNSECURED | NOT FILED | .00 | .00 |
| HOSPITAL RADIOLOGY SRV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | NOT FILED | .00 | .00 |

```
J&J COLLECTION              UNSECURED      NOT FILED          .00         .00
JEFFERSON CAPITAL SYSTEM    UNSECURED      NOT FILED          .00         .00
GERALD MOORE                UNSECURED      NOT FILED          .00         .00
NATIONAL ASSET RECOVERY     UNSECURED      NOT FILED          .00         .00
NATCREADJ                   UNSECURED      NOT FILED          .00         .00
NCO FINANCIAL SYSTEMS IN    UNSECURED      NOT FILED          .00         .00
MEDICAL COLLECTION SERVI    UNSECURED      NOT FILED          .00         .00
NORTH SHORE AGENCY          UNSECURED      NOT FILED          .00         .00
ORCHARD BANK                UNSECURED      NOT FILED          .00         .00
HEILIG MEYERS               UNSECURED       1689.19           .00      776.23
PERUS ANESTHESIA            UNSECURED      NOT FILED          .00         .00
PORTFOLIO RECOVERY ASSOC    UNSECURED       1132.70           .00      520.50
RISK MANAGEMENT ALT INC     UNSECURED      NOT FILED          .00         .00
ROBERT W SCHMIDT DDS        UNSECURED      NOT FILED          .00         .00
ILLINOIS STUDENT ASSIST     UNSECURED            .00          .00         .00
SFC CENTRAL BANKRUPTCY      UNSECURED      NOT FILED          .00         .00
THE CASH STORE              UNSECURED      NOT FILED          .00         .00
TRIAD FINANCIAL CORP        UNSECURED       1017.32           .00      467.48
VS TEVES MD                 UNSECURED      NOT FILED          .00         .00
WORLD ACCEPTANCE CORP       UNSECURED      NOT FILED          .00         .00
CREDIT MANAGEMENT INC       UNSECURED      NOT FILED          .00         .00
ROBERT B STEELE ESQ         UNSECURED        325.00           .00      149.35
```

Summary of disbursements:

```
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED   1760.00          .00     15492.90         .00     17252.90
PRINCIPAL PAID       1760.00          .00      7119.38         .00      8879.38
INTEREST PAID             .00         .00           .00        .00          .00
TOTAL PAID           1760.00          .00      7119.38         .00      8879.38
```

The Debtor's attorney, REGINALD S STANMAR           , was allowed $     .00
and was paid $      .00 .

The Trustee received $    372.62 .

Refunds to the Debtor totaled $    239.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   3
         CASE NO. 05 B 25363 ADAM P WENDEL & PATRICIA E WENDEL
```